# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **PHILIP A. GAMBUTI,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 7:06-cv-49 |
| : | |
| **THE STATE OF GEORGIA,** : | |
| : | |
| Defendant. : | |

_____

## ORDER

Plaintiff Philip A. Gambuti ("Gambuti") has filed a *pro se* Complaint (Doc. 1) challenging the constitutionality of Georgia statute 40-6-52. When Gambuti filed his Complaint, he simultaneously paid the $350.00 filing fee required by the Court. Accordingly, it is HEREBY ORDERED AND DIRECTED that the Clerk of Court shall provide Gambuti with a Rule 4 service packet. Gambuti shall follow the instructions in said packet and shall make service upon the defendant.

Gambuti is additionally advised that he must serve upon opposing counsel (or the defendant if he is not represented by counsel) copies of all motions, pleadings, discovery, and correspondence (including letters to the Clerk or to a judge) which are filed with the Clerk of the Court. Fed. R. Civ. P. 5(a). Gambuti shall include with any paper which is filed with the Clerk of the Court a certificate stating the date on which a true and correct copy of that

paper was mailed to defendants or their counsel. The Clerk of the Court will not serve or forward to the defendant or his counsel copies of any materials filed with the Court.

In addition, the following limitations are imposed on discovery: except with written permission of the court first obtained, (1) interrogatories may not exceed twenty-five to each party (Local Rule 33.1); (2) requests for production of documents and things under Rule 34 of the Federal Rules of Civil Procedure may not exceed ten requests to each party (Local Rule 34); and (3) requests for admissions under Rule 36 of the Federal Rules of Civil Procedure may not exceed fifteen requests to each party (Local Rule 36).

Also, 28 U.S.C. § 636(c)(1) authorizes and empowers full-time magistrate judges to conduct any and all proceedings in a jury or nonjury civil matter and to order the entry of judgment in a case upon the written consent of the parties. If the parties desire for the United States Magistrate Judge to hear this case through trial and the entry of judgment, they may complete and return consent forms that will be mailed by the Clerk of the Court.

Gambuti has the responsibility for diligently prosecuting his Complaint or face the possibility that it will be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute.

Gambuti is required to keep the Clerk of Court advised of his current address at all times during the pendency of this action. Failure to promptly advise the Clerk of any change of address may result in the dismissal of Gambuti's Complaint.

**SO ORDERED**, this 8th day of November, 2006.

          **s/ Hugh Lawson**

          **HUGH LAWSON, Judge**

pdl